# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DYER MEGOW,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>Defendant. | Case No.: 19cv625-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Jennifer Megow has filed a notice of voluntary dismissal with prejudice. Defendant has not answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: June 17, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge